UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NUNN, an individual,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; and DOES 1 through 100, inclusive,<br><br>                            Defendants. | Case No.:  21-CV-1473 JLS (MSB)<br><br>**ORDER GRANTING PLAINTIFF AND DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 111) |

Presently before the Court is the Joint Motion to Dismiss with Prejudice ("Joint Mot.," ECF No. 108) filed by Plaintiff Suzanne Nunn and Defendant Nationwide Mutual Insurance Company ("Nationwide").  Good cause appearing, the Court **GRANTS** the Joint Motion pursuant to Federal Rule of Civil Procedure 41(a) and **DISMISSES** this action as to Nationwide **WITH PREJUDICE**.  As agreed by and between Plaintiff and Nationwide, each side will bear its own attorney's fees and costs.  Further, as requested in the Joint Motion, the Court will retain jurisdiction over Plaintiff and Nationwide to enforce the terms of their settlement agreement for a period not to exceed one year from the date of this Order.  *See Seldon v. George Brown Sports Club - Palm, LLC*, No. 1:17-cv-01421-DAD-

SAB, 2019 U.S. Dist. LEXIS 1246, at *1 (E.D. Cal. Jan. 2, 2019) ("Federal courts may, within their discretion, retain jurisdiction over settlement agreements reached out of court." (citing *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994))).

As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  August 5, 2024

Hon. Janis L. Sammartino
United States District Judge

21-CV-1473 JLS (MSB)